U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JUN 0 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD L. TOUCHET | DOCKET NO. 07-CV-0086 |
| VERSUS | JUDGE DRELL |
| CITY OF NATCHITOCHES, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED,** *sua sponte,* under 28 U.S.C. §1915(e)(2)(B).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 4 day of June, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE